**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KENNETH CRUMBLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:13-CV-2426-AGF |
| | ) | |
| DONNA E. SHALALA, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon review of plaintiff's motion for leave to commence this action without payment of the required filing fee [Doc. #2]. See 28 U.S.C. § 1915(a).

Plaintiff has submitted a partially-completed financial affidavit CJA Form 23 in support of his application for in forma pauperis status [Doc. #3]. Plaintiff has failed to state whether he has any cash on hand or money in a savings or checking account, and if he does, the total amount of said account(s). As such, the Court is unable to determine, at this time, if he is financially unable to pay any portion of the filing fee. See 28 U.S.C. § 1915(a), Local Rule 2.05(A).

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that plaintiff shall have thirty (30) days from the date of this Order to pay the statutory filing fee of $400, or to submit a fully-completed CJA Form 23 (financial affidavit).

**IT IS FURTHER ORDERED** that, upon plaintiff's submission of a fully-completed CJA Form 23, the Clerk shall cause this case to be resubmitted for review under 28 U.S.C. § 1915.

**IT IS FURTHER ORDERED** that if plaintiff fails to pay the filing fee or to submit a fully-completed CJA Form 23 within thirty days, this case shall be dismissed, without prejudice and without further notice to him.

Dated this 9th day of December, 2013.

UNITED STATES DISTRICT JUDGE